IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | NO. 17-26278 |
| | ) | |
| KATHLEEN DOOLIN | ) | HON. JANET S. BAER |
| | ) | BANKRUPTCY JUDGE |

## CERTIFICATE OF SERVICE

The undersigned certifies that she caused a copy of the Notice Of Trustee's Final Report and Applications for Compensation and Deadline to Object attached hereto to be served upon the parties listed on the attached Service List, by depositing a copy of same, postage prepaid, in the U.S. Mail, on this 18th day of April, 2018 at 3400 W. Lawrence Ave., Chicago, Illinois.

/s/ Brenda Porter Helms

Brenda Porter Helms
#6184302
The Helms Law Firm, P.C.
3400 W. Lawrence Avenue
Chicago IL 60625
(773) 463-6427
(773) 267-9405 (fax)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: §
§
KATHLEEN ANN DOOLIN § Case No. 17-26278
§
Debtor §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 AM on 05/18/2018 in Courtroom 240,
Janet S. Baer
Kane County Courthouse
100 S. Third Street
Geneva Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/18/2018        By: /s/ Brenda Porter Helms
                               , Trustee

BRENDA PORTER HELMS, TRUSTEE
3400 W. LAWRENCE AVENUE
CHICAGO, IL 60625

UST Form 101-7-NFR (10/1/2010) (Page: 1)

---

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: §
§
KATHLEEN ANN DOOLIN § Case No. 17-26278
§
Debtor §

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 5,100.00 |
| and approved disbursements of | $ | 40.00 |
| leaving a balance on hand of[1] | $ | 5,060.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: THE HELMS LAW FIRM PC | $ 1,260.00 | $ 0.00 | $ 1,260.00 |
| Trustee Expenses: THE HELMS LAW FIRM PC | $ 4.00 | $ 0.00 | $ 4.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,264.00 |
| Remaining Balance | | $ | 3,796.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 34,204.26 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | WELLS FARGO BANK, N.A. | $ 18,844.66 | $ 0.00 | $ 2,091.39 |
| 2 | DEPARTMENT STORES NATIONAL BANK | $ 1,629.18 | $ 0.00 | $ 180.81 |
| 3 | MOUNTAIN AMERICA CREDIT UNION | $ 13,730.42 | $ 0.00 | $ 1,523.80 |

Total to be paid to timely general unsecured creditors $ 3,796.00
Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for

UST Form 101-7-NFR (10/1/2010) (Page: 3)

subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Brenda Porter Helms
Trustee

BRENDA PORTER HELMS, TRUSTEE
3400 W. LAWRENCE AVENUE
CHICAGO, IL 60625

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010) (Page: 4)

# Northern District of Illinois
# Claims Register

## 17-26278 Kathleen Ann Doolin

**Honorable Judge:** Janet S. Baer  **Chapter:** 7
**Office:** Chicago  **Last Date to file claims:** 02/15/2018
**Trustee:** Brenda Porter Helms ESQ  **Last Date to file (Govt):** 02/27/2018

| Creditor: (26245738)<br>Wells Fargo Bank, N.A.<br>Wells Fargo Card Services<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 | Claim No: 1<br>Original Filed Date: 11/30/2017<br>Original Entered Date: 11/30/2017 | Status:<br>Filed by: CR<br>Entered by: Desiree Kerber<br>Modified: |
|---|---|---|

| Amount claimed: | $18844.66 | |
|---|---|---|

**History:**

| Details | 1-1 | 11/30/2017 | Claim #1 filed by Wells Fargo Bank, N.A., Amount claimed: $18844.66 (Kerber, Desiree ) |
|---|---|---|---|

Description:
Remarks:

| Creditor: (26321180)<br>Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA 98083-0657 | Claim No: 2<br>Original Filed Date: 12/28/2017<br>Original Entered Date: 12/28/2017 | Status:<br>Filed by: CR<br>Entered by: Jennifer Shepherd<br>Modified: |
|---|---|---|

| Amount claimed: | $1629.18 | |
|---|---|---|

**History:**

| Details | 2-1 | 12/28/2017 | Claim #2 filed by Department Stores National Bank, Amount claimed: $1629.18 (Shepherd, Jennifer ) |
|---|---|---|---|

Description: (2-1) Money Loaned
Remarks:

| Creditor: (26434817)<br>Mountain America Credit Union<br>735 S State Street 3rd Floor<br>Salt Lake City UT 84111 | Claim No: 3<br>Original Filed Date: 02/07/2018<br>Original Entered Date: 02/08/2018 | Status:<br>Filed by: CR<br>Entered by: Daphne Williams<br>Modified: |
|---|---|---|

**History:**

| Details | 3-1 | 02/07/2018 | Claim #3 filed by Mountain America Credit Union, Amount claimed: $13730.42 (Williams, Daphne ) |
|---|---|---|---|

Description:
Remarks: