# UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

In Re: §
§
KATHLEEN ANN DOOLIN § Case No. 17-26278
§
_____Debtor_____ §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 0.00                         Assets Exempt: 27,868.67
*(Without deducting any secured claims)*

Total Distributions to Claimants: 3,796.00     Claims Discharged
                                               Without Payment: 45,498.14

Total Expenses of Administration: 1,304.00

---

3) Total gross receipts of $ 5,100.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 5,100.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 933.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,304.00 | 1,304.00 | 1,304.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 46,492.88 | 34,204.26 | 34,204.26 | 3,796.00 |
| TOTAL DISBURSEMENTS | $ 47,425.88 | $ 35,508.26 | $ 35,508.26 | $ 5,100.00 |

4) This case was originally filed under chapter 7 on 08/31/2017. The case was pending for 11 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/13/2018       By:/s/BRENDA PORTER HELMS, TRUSTEE
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2013 NISSAN JUKE MILEAGE: 44,560 | 1129-000 | 5,100.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 5,100.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nissan Motor Acceptanc, Po Box 660360 Dallas, TX 75266 | | 933.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 933.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THE HELMS LAW FIRM PC | 2100-000 | NA | 0.00 | 0.00 | 0.00 |
| The Helms Law Firm, P.C. | 2100-000 | NA | 1,260.00 | 1,260.00 | 1,260.00 |
| THE HELMS LAW FIRM PC | 2200-000 | NA | 4.00 | 4.00 | 4.00 |
| Associated Bank | 2600-000 | NA | 40.00 | 40.00 | 40.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 1,304.00 | $ 1,304.00 | $ 1,304.00 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advocate Good Samaritan Hospital, 3815 Highland Avenue Downers Grove, IL 60515 | | 2,041.00 | NA | NA | 0.00 |
| | Advocate Health Care, P.O. Box 3039 Hinsdale, IL 60522 | | 2,640.88 | NA | NA | 0.00 |
| | Advocate Health Care, P.O. Box 3039 Hinsdale, IL 60522 | | 885.00 | NA | NA | 0.00 |
| | American Express, Corporate Headquarters 200 Vesey Street , 44th Floor New York, NY 10285 | | 1,566.00 | NA | NA | 0.00 |
| | Chase, Corporate Headquarters 270 Park Avenue New York, NY 10017 | | 1,024.00 | NA | NA | 0.00 |
| | Dan Doolin, 806 W. St. James 2NW Arlington Heights, IL 60005 | | 6,000.00 | NA | NA | 0.00 |
| 2 | DEPARTMENT STORES NATIONAL BANK | 7100-000 | NA | 1,629.18 | 1,629.18 | 180.81 |
| 3 | MOUNTAIN AMERICA CREDIT UNION | 7100-000 | 13,730.00 | 13,730.42 | 13,730.42 | 1,523.80 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | WELLS FARGO BANK, N.A. | 7100-000 | 18,606.00 | 18,844.66 | 18,844.66 | 2,091.39 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 46,492.88 | $ 34,204.26 | $ 34,204.26 | $ 3,796.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 17-26278 | JSB | Judge: | Janet S. Baer | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | KATHLEEN ANN DOOLIN | | | | Date Filed (f) or Converted (c): | 08/31/2017 (f) |
| | | | | | 341(a) Meeting Date: | 10/03/2017 |
| For Period Ending: | 07/13/2018 | | | | Claims Bar Date: | 02/15/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2013 NISSAN JUKE MILEAGE: 44,560  Trustee settled with Debtor for a recovery of the equity in the vehicle in the amount of $5,100.00 per order 12/1/17 [dkt 25] | 10,500.00 | 5,100.00 | | 5,100.00 | FA |
| 2. HOUSEHOLD FURNISHINGS AN ITEMS | 800.00 | 0.00 | | 0.00 | FA |
| 3. ELECTRONICS | 200.00 | 0.00 | | 0.00 | FA |
| 4. CLOTHES | 500.00 | 0.00 | | 0.00 | FA |
| 5. JEWELRY | 700.00 | 0.00 | | 0.00 | FA |
| 6. CASH | 85.00 | 0.00 | | 0.00 | FA |
| 7. CHASE - checking account | 1,950.00 | 0.00 | | 0.00 | FA |
| 8. CHASE - savings account | 81.05 | 0.00 | | 0.00 | FA |
| 9. MOUNTAIN AMERICA CREDIT UNION - savinngs account | 60.11 | 0.00 | | 0.00 | FA |
| 10. RETIREMENT: FIDELITY | 20,761.56 | 0.00 | | 0.00 | FA |
| 11. RETIREMENT: NAVISTAR | 55.11 | 0.00 | | 0.00 | FA |
| 12. RETIREMENT: CWA/ITU NEGOTIATED PENSION PLAN | 152.00 | 0.00 | | 0.00 | FA |
| 13. Security Deposit | 100.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $35,944.83  $5,100.00  $5,100.00  $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee settled with Debtor for equity in the vehicle (per order 12/1/17 [dkt 25]). Trustee reviewed claims and prepared her TFR.

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

Initial Projected Date of Final Report (TFR): 04/30/2018     Current Projected Date of Final Report (TFR): 04/30/2018

Exhibit 8

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-26278  
Case Name: KATHLEEN ANN DOOLIN  
Taxpayer ID No: XX-XXX8151  
For Period Ending: 07/13/2018  

Trustee Name: BRENDA PORTER HELMS, TRUSTEE  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX3912  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/10/17 | 1 | Kathleen Doolin | Liquidation of equity in vehicle order dated 12/1/17 authorizing compromise with Debtor for equity in vehicle [dkt 25] | 1129-000 | $5,100.00 | | $5,100.00 |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,090.00 |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,080.00 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,070.00 |
| 03/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,060.00 |
| 05/23/18 | 101 | The Helms Law Firm, P.C. | compensation per order (dkt 33 5/18/18) | 2100-000 | | $1,260.00 | $3,800.00 |
| 05/23/18 | 102 | The Helms Law Firm, P.C. | trustee expenses per court order 5/18/18 (Dkt #33) | 2200-000 | | $4.00 | $3,796.00 |
| 05/23/18 | 103 | Wells Fargo Bank<br>Wells Fargo Card Services<br>P.O. Box 10438 MAC F8235-02F<br>Des Moines IA 50306 | Final distibution to creditors | 7100-000 | | $2,091.39 | $1,704.61 |
| 05/23/18 | 104 | Department Stores of America<br>c/o quantum3 Group LLC<br>P.O. Box 657<br>Krikland WA 98083 | Final distibution to creditors | 7100-000 | | $180.81 | $1,523.80 |
| 05/23/18 | 105 | Mountain America Credit Union<br>735 S. State St. 3rd Floor<br>Salt Lake City UT 84111 | Final distibution to creditors | 7100-000 | | $1,523.80 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $5,100.00 | $5,100.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $5,100.00 | $5,100.00 |
| Page Subtotals: | $5,100.00 | $5,100.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

| | | |
|---|---|---|
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $5,100.00 | $5,100.00 |

Exhibit 9

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3912 - Checking | $5,100.00 | $5,100.00 | $0.00 |
|  | $5,100.00 | $5,100.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| **Total Allocation Receipts:** | $0.00 |
| **Total Net Deposits:** | $5,100.00 |
| **Total Gross Receipts:** | $5,100.00 |

Page Subtotals:  $0.00  $0.00